UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

INDICTMENT FOR DISTRIBUTION OF CONTROLLED SUBSTANCES AND
NOTICE OF FORFEITURE

| | | |
|---|---|---|
| UNITED STATE OF AMERICA | : | CRIMINAL NO. 18-87-JWD-RLB |
| | : | |
| *versus* | : | 21 U.S.C. § 841(a)(1) |
| | : | 18 U.S.C. § 982(a)(1) |
| RANDY J. LAMARTINIERE | : | 21 U.S.C. § 853 |

**THE GRAND JURY CHARGES:**

**AT ALL TIMES RELEVANT TO THIS INDICTMENT:**

1. Defendant **RANDY J. LAMARTINIERE** (hereinafter "**LAMARTINIERE**") resided in the Middle District of Louisiana.

2. From in or about March 2015 up to and including December 29, 2015, **LAMARTINIERE** was a physician authorized to prescribed controlled substances in the State of Louisiana by the Louisiana State Board of Medical Examiners.

3. From in or about March 2015 and up to and including December 29, 2015, **LAMARTINIERE**, in exchange for cash, was willing to write medically unnecessary prescriptions for large quantities of oxycodone. **LAMARTINIERE**'s fee typically ranged from $100 to $300 per visit, and he accepted no form of health insurance – for "doctor visits" that routinely resulted in the issuance of a prescription for oxycodone. **LAMARTINIERE**, therefore, distributed and dispensed controlled substances that were not for a legitimate medical purpose and in the usual course of a legitimate medical practice.

4. Beginning on December 30, 2015, **LAMARTINIERE**'s license to practice medicine was suspended, in part, in that the Louisiana State Board of Medical Examiners

prohibited **LAMARTINIERE** from prescribing, dispensing, or administering controlled substances to any patient pending an administrative hearing on the revocation, suspension, or imposition of other terms regarding his license to practice medicine in the State of Louisiana.

## COUNTS ONE – NINE
(Distribution of Schedule II Controlled Substances)

5. Paragraphs 1 through 4 of this Indictment are incorporated herein.

6. On or about the below-listed dates, in the Middle District of Louisiana, **RANDY J. LAMARTINIERE**, defendant herein, did knowingly and intentionally dispense and distribute a mixture and substance containing a detectable amount of Schedule II controlled substances:

| COUNT | DATE | CONTROLLED SUBSTANCES | PATIENT |
| --- | --- | --- | --- |
| 1 | January 5, 2016 | Oxycodone | A |
| 2 | January 5, 2016 | Oxycodone | B |
| 3 | January 5, 2016 | Oxycodone | C |
| 4 | January 5, 2016 | Oxycodone | D |
| 5 | January 5, 2016 | Oxycodone and oxymorphone | E |
| 6 | January 5, 2016 | Oxycodone | F |
| 7 | January 5, 2016 | Oxycodone | G |
| 8 | January 5, 2016 | Oxycodone and oxymorphone | H |
| 9 | January 5, 2016 | Methadone and oxycodone | I |

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNTS TEN – FIFTY-FIVE
(Distribution of Schedule II Controlled Substances)

7. Paragraphs 1 through 4 of this Indictment are incorporated herein.

8. On or about the below-listed dates, in the Middle District of Louisiana, **RANDY J. LAMARTINIERE**, defendant herein, a registrant authorized to dispense controlled substances, did knowingly and intentionally dispense and distribute a mixture and substance containing a detectable amount of Schedule II controlled substances, outside the scope of professional practice and not for a legitimate medical purpose:

| COUNT | DATE | CONTROLLED SUBSTANCES | PATIENT |
|---|---|---|---|
| 10 | June 5, 2015 | Adderall, oxymorphone, and oxymorphone | J |
| 11 | December 6, 2015 | Adderall, oxycodone. and oxymorphone | J |
| 12 | March 31, 2015 | Adderall and oxycodone | K |
| 13 | November 16, 2015 | Adderall, oxycodone, and oxymorphone | K |
| 14 | March 2, 2015 | Oxycodone | L |
| 15 | December 28, 2015 | Oxycodone | L |
| 16 | April 7, 2015 | Hydrocodone | M |
| 17 | April 17, 2015 | Hydrocodone | M |
| 18 | April 24, 2015 | Adderall | M |
| 19 | May 15, 2015 | Adderall and oxycodone | M |
| 20 | July 13, 2015 | Adderall and oxycodone | M |
| 21 | March 23, 2015 | Oxycodone | N |
| 22 | November 13, 2015 | Oxycodone | N |
| 23 | December 11, 2015 | Adderall and oxymorphone | N |
| 24 | April 20, 2015 | Oxycodone | O |
| 25 | October 27, 2015 | Oxycodone and oxymorphone | O |
| 26 | December 4, 2015 | Oxycodone and oxymorphone | O |
| 27 | December 28, 2015 | Oxycodone | O |
| 28 | May 11, 2015 | Oxycodone | P |
| 29 | December 29, 2015 | Morphine and oxycodone | P |
| 30 | March 20, 2015 | Adderall | Q |
| 31 | December 4, 2015 | Adderall, oxycodone, and fentanyl | Q |
| 32 | April 6, 2015 | Oxycodone | R |
| 33 | June 23, 2015 | Oxycodone and fentanyl | R |
| 34 | July 20, 2015 | Morphine and oxycodone | R |
| 35 | December 14, 2015 | Oxycodone and oxymorphone | R |
| 36 | June 23, 2015 | Methadone and oxycodone | S |
| 37 | December 11, 2015 | Methadone and oxycodone | S |
| 38 | May 29, 2015 | Adderall and oxycodone | T |
| 39 | December 28, 2015 | Adderall, morphine, and oxycodone | T |
| 40 | April 6, 2015 | Oxycodone | U |
| 41 | November 29, 2015 | Adderall, oxycodone, and oxymorphone | U |
| 42 | December 27, 2015 | Oxycodone and oxymorphone | U |
| 43 | June 30, 2015 | Oxycodone | V |
| 44 | September 28, 2015 | Fentanyl and oxycodone | V |
| 45 | November 13, 2015 | Methadone | V |
| 46 | December 27, 2015 | Oxycodone | V |
| 47 | July 6, 2015 | Hydrocodone | W |
| 48 | August 4, 2015 | Oxycodone | W |
| 49 | September 1, 2015 | Oxycodone | W |

| COUNT | DATE | CONTROLLED SUBSTANCES | PATIENT |
|---|---|---|---|
| 50 | September 29, 2015 | Oxycodone | W |
| 51 | March 23, 2015 | Oxycodone | X |
| 52 | December 28, 2015 | Oxycodone and oxymorphone | X |
| 53 | August 17, 2015 | Methadone and oxycodone | Y |
| 54 | August 25, 2015 | Methadone and oxycodone | Y |
| 55 | August 31, 2015 | Methadone | Y |

All in violation of Title 21, United States Code, Section 841(a)(1).

## NOTICE OF FORFEITURE

9.  Upon conviction on any of the above-charged offenses, **RANDY J. LAMARTINIERE**, defendant herein, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of said violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the violation.

10. If any of the property or proceeds obtained directly or indirectly as a result of the offense charged, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred, sold to, or deposited with a third party;

   c. has been placed beyond the jurisdiction of the court;

   d. has been substantially diminished in value; or,

   e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to a forfeiture money judgment and shall be allowed to forfeit substitute property pursuant to Title 21, United States Code, Section 853(p) in satisfaction of the forfeiture money judgment.

UNITED STATES OF AMERICA, BY

_/s/ Brandon J. Fremin_
BRANDON J. FREMIN
UNITED STATES ATTORNEY
MIDDLE DISTRICT OF LOUISIANA

_/s/ Paul F. Pugliese_
PAUL L. PUGLIESE
ASSISTANT UNITED STATES ATTORNEY

A TRUE BILL

**REDACTED PER PRIVACY ACT**
GRAND JURY FOREPERSON

6-27-18
DATE

5

## Criminal Cover Sheet      U.S. District Court

**Place of Offense:**

City     Baton Rouge, Louisiana

County/Parish     East Baton Rouge Parish

**Matter to be sealed:** ☒ No ☐ Yes

**Related Case Information:**

Superseding Indictment _____ Docket Number _____
Same Defendant _____ New Defendant ☒
Magistrate Case Number _____
Search Warrant Case No. _____
R 20/ R 40 from District of _____
Any Other Related Cases: _____

**Defendant Information:**

Defendant Name:     RANDY J. LAMARTINIERE

**U.S. Attorney Information:**

AUSA:    Paul L. Pugliese      Bar #:    FLBN 717370

**Interpreter:** ☒ No ☐ Yes    List language and/or dialect: _____

**Location Status:**

Arrest Date _____
_____ Already in Federal Custody
_____ Already in State Custody
_____ On Pretrial Release

**U.S.C. Citations:**

Total # of Counts:    55

| Index Key/Code | Description of Offense Charged | Count(s) | Petty/Misdemeanor/Felony |
|---|---|---|---|
| 21:841(a)(1) | Distribution of controlled substances | 1-55 | Felony |

Date: 6/27/30     Signature of AUSA: _[signature]_

District Court Case Number (To be filled in by deputy clerk): _____